**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| Seth Howell,<br><br>Plaintiff,<br><br>vs.<br><br>Worldwide Integrated Supply,<br><br>Defendant. | No. 4-15-cv-444-RP-CFB<br><br>**APPEARANCE ON BEHALF OF BRIAN P. GALLIGAN** |

COMES NOW Brian P. Galligan of Galligan Reid, PC, and hereby enters his appearance on behalf of Plaintiff Seth Howell in the above captioned matter.

Dated this 14th day of December 2015.

BRIAN P. GALLIGAN AT0002632
GALLIGAN & REID, P.C.
300 Walnut Street, Suite 5
Des Moines, IA 50309-2239
Telephone: (515) 282-3333
Facsimile: 515) 282-0318
Email: galligan@galliganlaw.com

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on each of the parties herein by:

XX______ E file
_________ e-mail
_________ hand-delivering, or
_________ faxing

a copy thereof to the attorney of record for such party at the last known address on December 14, 2015.

/s/ Hallie A. Bushaw