IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SETH HOWELL, Individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WORLDWIDE INTEGRATED SUPPLY CHAIN SOLUTIONS, INC., dba WORLDWIDE LOGISTICS,<br><br>    Defendant. | Case No. 4:15-cv-00444-RP-CFB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Seth Howell ("**Howell**") pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and LR 41(a)(2), hereby dismisses without prejudice his claims alleged in the Complaint against Defendant Worldwide Integrated Supply Chain Solutions, Inc., dba Worldwide Logistics ("**Worldwide**").  Worldwide asserts no claims in this case.  These parties, by and through counsel below, stipulate and agree to this dismissal.

Plaintiff Howell and Defendant Worldwide are to bear their own respective costs.

Dated this 10th day of February, 2016.

**STIPULATED AND AGREED TO BY**:

| | |
|---|---|
| s/ Johannes H. Moorlach<br>           AT0005484<br>WHITFIELD & EDDY, P.L.C.<br>699 Walnut St., Suite 2000<br>Des Moines, IA 50309<br>(515) 246-5501<br>(515) 246-1474 *fax*<br>moorlach@whitfieldlaw.com<br>ATTORNEYS FOR WORLDWIDE INTEGRATED SUPPLY SOLUTIONS, INC. | s/ Keith J. Keogh<br>           *Admitted Pro Hac Vice*<br>KEOGH LAW, LTD.<br>55 West Monroe Street, Ste. 3390<br>Chicago IL 60603<br>(312) 726-1092<br>(312) 726-1093 *fax*<br>keith@koeghlaw.com<br>ATTORNEYS FOR PLAINTIFF SETH HOWELL |

## CERTIFICATE OF SERVICE

Pursuant to LR 5, I certify that on Feb. 10, 2016, a copy of the foregoing Dismissal was filed electronically and that a copy of this filing will be sent to the following counsel via electronic mail at that their respective e-mail addresses as provided in the Pleadings:

Amy L. Wells
Keith J. Keogh
Keogh Law
55 West Monroe Street, Ste. 3390
Chicago IL 60603
awells@keoghlaw.com
keith@koeghlaw.com
*and*
Gregory S. Reichenbach
P.O. Box 256
Bluffton OH 45817
greg@reichenbachlaw.com
*and*
Brian P. Galligan
Galligan & Reid, P.C.
300 Walnut Street, Suite 5
Des Moines, IA 50309-2239
bgalligan@galliganlaw.com

ATTORNEYS FOR SETH HOWELL

Gregory R. Farkas
Frantz Ward, LLP
200 Public Square, Ste. 3000
Cleveland OH 44114
gfarkas@frantzward.com

ATTORNEYS FOR WORLDWIDE INTEGRATED SUPPLY CHAIN SOLUTIONS, INC.

/s Johannes H. Moorlach